UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 26-2229 as

☑ Retained ☐ Court-appointed(CJA) ☐ CJA associate ☐ Court-assigned(non-CJA) ☐ Federal Defender

☐ Pro Bono ☐ Government

COUNSEL FOR: Amazon.com Services, LLC

____________________ as the

(party name)

☐ appellant(s) ☑ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s) ☐ movant(s)

Tiffany Fordyce
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

Tiffany S. Fordyce
Name (printed or typed)

312-207-2987
Voice Phone

Reed Smith LLP
Firm Name (if applicable)

312-207-6400
Fax Number

10 S. Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Address

tfordyce@reedsmith.com
E-mail address (print or type)

---

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on 9/10/2026 by ☐ personal delivery; ☒ mail; ☐ third-party commercial carrier; or ☒ email (with written consent) on the following persons at the addresses or email addresses shown:

Valerie Bateman
New South Law Firm
209 Lloyd Street, Ste. 350
Carrboro, NC 27510
valerie@newsouthlawfirm.com

Tiffany Fordyce
Signature

September 10, 2026
Date