FILED: October 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2229
(4:23-cv-00115-BO-BM)

---

CYNTHIA G. ANDERSON

Plaintiff - Appellant

v.

AMAZON.COM SERVICES, LLC

Defendant - Appellee

---

O R D E R

---

The court extends the briefing schedule as follows:

Joint appendix due: 11/17/2026

Opening brief due: 11/17/2026

Response brief due: 12/17/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk