**OFFICE OF THE CIRCUIT MEDIATOR**
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**EDWARD G. SMITH**
CHIEF CIRCUIT MEDIATOR
N. MYRTLE BEACH, SOUTH CAROLINA

**JEROME (JERRY) WOODS, II**
CIRCUIT MEDIATOR
ELKRIDGE, MARYLAND
(410) 540-4955
Jerry_Woods@ca4.uscourts.gov

**ROBIN R. TIDWELL**
CIRCUIT MEDIATOR
LEXINGTON, SOUTH CAROLINA

October 23, 2026

Re: 26-2229, Cynthia Anderson v. Amazon.com Services, LLC

Dear Counsel:

Enclosed is the motion to dismiss the appeal of this case. (See Fed. R. App. P. 42(b)). The motion to dismiss must be filed in electronic PDF format using the Appellate Case Management/Electronic Case Filing System. Select the relief **pursuant to FRAP 42(b)** when filing the motion. Please note only appellant's counsel should file the motion to dismiss.

Signature of appellant's counsel represents to the Court that all appellate counsel of record consent to this dismissal. It is important that this motion be electronically filed with the Clerk as soon as practicable. However, it should not be filed until all parties are ready for the Fourth Circuit to dismiss the appeal. Your cooperation is appreciated.

Congratulations on the resolution of your case.

Sincerely,

Jerome (Jerry) Woods, II
Circuit Mediator

Copies: Valerie Bateman
Tiffany Susan Fordyce
Conor Higgins

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

No. 26-2229
(4:23-cv-00115-BO-BM)

CYNTHIA G. ANDERSON

Plaintiff - Appellant

v.

AMAZON.COM SERVICES, LLC

Defendant - Appellee

MOTION TO DISMISS

The undersigned hereby moves that the above appeal be dismissed as has been agreed to by the parties, including agreement as to the payment of fees and costs. FRAP 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

Valerie Bateman
Counsel for Appellant